IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Isela Ostio Samano, and Perla Janet Osito Samano,<br><br>　　　　　　　Plaintiffs;<br>　v.<br><br>Loews Atlanta Operating Company, LLC, and N.S.G. Janitorial, Inc.,<br><br>　　　　　　　Defendants. | Case No. 1:18-cv-00519-MHC |

**Plaintiffs' Dismissal of Loews Atlanta Operating Company, LLC**

Plaintiffs hereby dismiss of Loews Atlanta Operating Company, LLC as a defendant in this action.

Dated: February 27, 2018.

| | By:<br><br>　/s/ Patrick J. Hannon<br>Patrick J. Hannon<br>Law Office of Patrick J Hannon, PC<br>1100 Peachtree St. NE, Suite 200<br>Atlanta, Georgia 30309<br>phannon@hannonlawpc.com<br>(404) 720-2879<br>Facsimile: (404) 393-9971 |
|---|---|